# Lee Litigation Group, PLLC

148 W. 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:   212-465-1188
cklee@leelitigation.com

June 21, 2024

**Via ECF**
The Honorable Jessica G. L. Clarke, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

**MEMO ENDORSED**

Re:   *Rivero et al v. Glenco Contracting Group Inc,*
Case No.: 23-cv-11087 (JGLC)

Dear Judge Clarke:

We are counsel to Plaintiffs in the above-referenced case. We write, jointly with Defendants, to inform the Court that the parties have agreed to a class mediation and to request that the Court stay discovery deadlines.

The parties have agreed to attempt resolution of this action's claims before nationally recognized mediator Martin Scheinman. The parties anticipate completing their mediation by September 14, 2024, which will provide opportunity for the parties to obtain and review a sampling of class discovery production for the mediation.

Additionally, the parties will submit a joint status letter by September 14, 2024. If the parties are unable to reach a resolution at mediation, the parties will also submit a new Scheduling Order for the Court's approval.

We thank the Court for its time and consideration of this matter.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

---

Application GRANTED. The case is hereby STAYED and all discovery deadlines are adjourned *sine die*. Plaintiffs' motion regarding a discovery dispute at ECF No. 48 is DENIED without prejudice. The parties shall file a joint status letter by **September 14, 2024**. The Clerk of Court is directed to terminate ECF Nos. 48 and 52.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: June 24, 2024
New York, New York