UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHERMAN RIVERO and CARLOS MANUEL, *on behalf of themselves, FLSA Collective Plaintiffs and the Class*,

    Plaintiffs,

v.

GLENCO CONSTRACTING GROUP INC and DAVID MCGRAFTH,

    Defendants.

**Case No.**: 1:23-cv-11087

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

---

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiffs SHERMAN RIVERO and CARLOS MANUEL hereby accept and provide notice that they have accepted Defendants' Offer of Judgment dated January 17, 2025, and annexed hereto as **Exhibit A**.

Dated: January 17, 2025

    Respectfully submitted,

By: _____
C.K. Lee, Esq. (CL 4086)
LEE LITIGATION GROUP, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel.: (212) 465-1188
Fax: (212) 465-1181
*Attorney for Plaintiffs, FLSA Collective Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2025, I caused service of Plaintiffs' Notice of Acceptance of Offer of Judgment to be served, via electronic mail, upon Defendants' counsel of record in this matter:

Jeffrey Douglas, Esq.
BOCHNER PLLC
1040 Avenue of the Americas
Ste 15th Floor
New York, NY 10018
Jdouglas@bochner.com
*Attorney for Defendants*

By: _____
　　C.K. Lee, Esq.