UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHERMAN RIVERO and CARLOS MANUEL, *on behalf of themselves, FLSA Collective Plaintiffs and the Class,*

    Plaintiffs,

v.

GLENCO CONTRACTING GROUP INC and DAVID MCGRAFTH,

    Defendants.

Case No.: 1:23-cv-11087 (JGLC)

**RULE 68 JUDGMENT**

---

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Glenco Contracting Group Inc and David McGrafth (collectively "Defendants"), having offered to allow Plaintiffs Sherman Rivero and Carlos Manuel ("Plaintiffs") to take a judgment against them, in the sum of Thirty Thousand Dollars and No Cents ($30,000.00), inclusive of attorneys' fees and costs, to resolve Plaintiffs' individual FLSA claims against Defendants, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated January 17, 2025 and filed as Exhibit A to Docket Number 63;

**WHEREAS**, on January 17, 2025, 2024, Plaintiffs' attorney having confirmed Plaintiffs' acceptance of Defendants' Offer of Judgment (Dkt. No. 63);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff Sherman Rivero and Carlos Manuel, in the sum of $30,000.00, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated January 17, 2025 and filed as Exhibit A to Docket Number 63. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED:**

Dated: _____January 21_____, 2025
       New York, New York

_____
JESSICA G. L. CLARKE
United States District Judge